UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD AKBAR SR., | No. 2:23-cv-01547-DAD-KJN (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| UNITED STATES GOVERNMENT, et al., | |
| Defendants. | (Doc. No. 5) |

Plaintiff Muhammad Akbar Sr. is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 27, 2023, the assigned magistrate judge screened plaintiff's complaint and issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to state a cognizable claim upon which relief may be granted. (Doc. No. 5.) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5–6.) The service copy of the pending findings and recommendations that were served on plaintiff at his address of record was returned to the court marked as "Undeliverable, Return to Sender, Vacant." Thus, plaintiff was required to file a notice of his change of address with the court no later than

1

January 16, 2023 and failed to do so. To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on September 27, 2023 (Doc. No. 5) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 23, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE